IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 06-21998-CIV-HUCK/O'SULLIVAN

MARE A. BROADBENT and
BARBARA A. DENLEY,

    Plaintiffs,

v.

MAREA A. EDYNAK,

    Defendant.
_____/

### ORDER ADOPTION REPORT AND RECOMMENDATION AND DENYING MOTION TO ENFORCE SETTLEMENT AGREEMENT

This matter came before the Court for oral argument on December 1, 2009 on Plaintiff's objections and exceptions (Doc. 41) to the Report and Recommendation by Magistrate Judge O'Sullivan (Doc. 40) recommending that the Court deny Plaintiff's motion to enforce the settlement agreement (Doc. 33). Having considered the motion, the report, the objections and the response thereto, and with the benefit of oral argument,

1. The Court overrules Plaintiff's objections (Doc. 41) and adopts the findings of fact and conclusions of law in the Report and Recommendation (Doc. 40);

2. Plaintiff's motion to enforce settlement agreement (Doc. 33) is denied for the reasons set forth in the report and those stated on the record in open court during the December 1, 2009 hearing;

3. The Court will retain jurisdiction for 10 days over appropriate motions for attorneys' fees.

DONE and ORDERED in Chambers at Miami, Florida this 1st day of December, 2009.

                                              Paul C. Huck
                                              United States District Judge

Copies furnished to:
Magistrate Judge O'Sullivan
Counsel of Record