UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 06-21998-CIV-HUCK/O'SULLIVAN

MAREA A. BROADBENT, et al.,

       Plaintiffs,

vs.

MAREA A. EDYNAK,

       Defendant.
_____/

## ORDER ADOPTING REPORT & RECOMMENDATION

      This matter is before the Court on a Report & Recommendation by Magistrate Judge John J. O'Sullivan (Doc. 50), filed March 10, 2010.  On December 10, 2009, the defendant filed a motion for attorneys fees pursuant to a fees clause in the parties' settlement agreement (Doc. 46) and on December 11, 2009 the Court referred this matter to Judge O'Sullivan (Doc. 47).  Judge O'Sullivan recommends that the motion for attorneys fees be granted and the defendant awarded $9,015.00.  Neither party has objected to Judge O'Sullivan's recommendation within the period required by law.  The Court has reviewed *de novo* the Report & Recommendation, the motion, the pertinent portions of the record, and is otherwise duly advises in the premises.

      The Court hereby adopts the findings of fact and conclusions of law as stated in the Report.  The motion for attorney's fees (Doc. 46) is GRANTED.  The defendant is entitled to $9,015.00 in fees.  If the plaintiff does not remit the aforementioned sum within 30 days, the defendant may petition the Court for the entry of a final judgment for fees.

      ORDERED in Chambers at Miami, Florida, on April 7, 2010.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record
Magistrate Judge John O'Sullivan